# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASIM MUNIR SAMUT, et. al., | 1:08-cv-00599 AWI DLB (HC) |
| Petitioners, | ORDER DISMISSING MULTIPLE NAMED PETITIONERS FROM ACTION |
| v. | |
| MICHAEL CHERTOFF, et.al., | |
| Respondents. | |

Petitioners are detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The instant petition lists Kasim Munir Samut, Samad Begam Samut, Izhaar Munir Samut, Nizhaar Munir Samut, and Shiraz Munir Samut, as Petitioners. However, petitioners are advised that only *one* individual may file a petition for writ of habeas corpus. Separate petitions are required because the procedural and substantive issues are different for each named Petitioner. Thus, if all petitioners are attempting to seek relief by way of section 2241 petition, each must file an individual petition. Accordingly, the Court cannot proceed with a petition with several named petitioners. The Court will proceed with the first name as listed on the petition, Kasim Munir Samut, as the sole Petitioner in this case. The other named Petitioners will be dismissed from the action, and if desired, they may re-file a new § 2241 petition, along with the appropriate filing fee or motion to proceed in forma pauperis.

Based on the foregoing, it is HEREBY ORDERED that:

1. Petitioners Samad Begam Samut, Izhaar Munir Samut, Nizhaar Munir Samut, and Shiraz Munir Samut, are dismissed from the action.

IT IS SO ORDERED.

Dated: **September 11, 2008**   /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE