# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASIM MUNIR SAMUT, et. al., | 1:08-cv-00599 AWI DLB (HC) |
| Petitioners, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ORDER DISMISSING ACTION |
| MICHAEL CHERTOFF, et.al., | [Doc. 13] |
| Respondents. | |

Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 20, 2008, the Magistrate Judge issued a Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED for lack of jurisdiction. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 20, 2008, is ADOPTED IN FULL;

1    2.    The Petition for Writ of Habeas Corpus is DISMISSED; and

2    3.    The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:    December 15, 2008**              **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE